UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF DOREEN
BESSETTE,

CASE NO. 16-CV-11936
HON. GEORGE CARAM STEEH

        Plaintiff,

v.

WILMINGTON TRUST et al.,

        Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION
TO WITHDRAW (Doc. 19) AND DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION (Doc. 21)**

On November 28, 2016, Judge Rosen granted defendants' motion to dismiss this mortgage foreclosure action. On December 27, 2016, Judge Rosen also denied plaintiff Estate of Doreen Bessette's motion for reconsideration. Due to Judge Rosen's retirement, this action was reassigned to the undersigned. Now before the court is plaintiff's counsel's motion to withdraw on the basis that plaintiff has insisted that its counsel file a second motion for reconsideration which counsel finds lacks merit. Having shown cause, IT IS ORDERED that the motion to withdraw filed by Jasmina Wikenczy and her law offices (Doc. 19) is GRANTED.

1

Also, before the court is plaintiff's pro se motion for reconsideration. Plaintiff seeks reconsideration of the order of dismissal and the order denying plaintiff's first motion for reconsideration. Not only is the motion untimely, it lacks merit and fails to show any "palpable defect" requiring reversal or modification of the court's prior orders. Accordingly, pro se plaintiff's motion for reconsideration (Doc. 21) is DENIED.

IT IS SO ORDERED.

Dated: February 6, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 6, 2017, by electronic and/or ordinary mail and also on Glenn M. Prentice, PR for plaintiff, c/o 23057 Potomac Circle, Farmington Hills, MI 48335.

s/Marcia Beauchemin
Deputy Clerk